UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-772-CR-ZLOCH

UNITED STATES,

    Plaintiff,

vs.                                                      **O R D E R**

ELKIN EDGAR WILLIAMS,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Edgar Elkin Williams's Motion For Reduction Of Sentence (DE 147). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendant was convicted of offenses involving conspiracy and possession of powder cocaine only, and is thus ineligible for a reduction of his sentence.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Edgar Elkin Williams's Motion For Reduction Of Sentence (DE 147) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2008.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

All Counsel of Record